**CHURCH OF PALMS–PRESBYTERIAN (U.S.A.), INC., a Florida Non profit Corporation, Plaintiff–Appellant,**

v.

**CINCINNATI INSURANCE COMPANY, Defendant–Appellee.**

**No. 05–17017**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

July 18, 2006.

E. Kelly Bittick, Jr., Luis Prats, WM. Cary Wright, Carlton, Fields, Ward, Emmanuel, et al., Tampa, FL, for Plaintiff–Appellant.

Anthony J. Russo, William S. Daskam, IV, Butler, Pappas, Weihmuller, Katz, Craig, LLP, Tampa, FL, for Defendant–Appellee.

Before DUBINA, HULL and COX, Circuit Judges.

PER CURIAM:

Church of the Palms Presbyterian, Inc., appeals the district court's grant of summary judgment to Cincinnati Insurance Company, and also asserts as error the denial of its own motion for partial summary judgment.

Having considered the briefs, and relevant parts of the record, we affirm on the well-reasoned opinion of the magistrate judge to whom the case was assigned. (R.1–39.)

**AFFIRMED.**